JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTERN CENTER ON LAW & POVERTY, INC, a California corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>THE WESTERN CENTER FOR LAW & POLICY, a California corporation, and DOES 1 though 10, inclusive<br><br>            Defendants. | Case No. CV11-04335-AHM (MRWx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint served: May 31, 2011 |

Pursuant to a stipulation of the parties, Plaintiff Western Center on Law & Poverty, Inc. ("Plaintiff") and Defendant The Western Center for Law & Policy ("Defendant"), and good cause appearing therefore, it is hereby ordered that the above captioned matter is dismissed with prejudice, with each party to be responsible for its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: November 15, 2011

_____
Honorable Howard A. Matz, United States District Judge

JS-6

ORDER FOR DISMISSAL